IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEVORIS ANTOINE NEWSON,

    Plaintiff,

    v.

    Case No. 5:18-cv-04042-HLT-KGS

TONY WOLF, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

On October 24, 2018, Defendants Tony Wolf, Adam Cooke, Mark Anderson, Paul Angle, James Corbin, and (fnu) Sanchez moved pursuant to Federal Rule of Civil Procedure 56 for summary judgment on the claims asserted by Plaintiff Devoris Antoine Newson in this action. Doc. 20.[1] Plaintiff's response to the motion for summary judgment was due on November 14, 2018. *See* D. Kan. R. 6.1(d)(2) (stating that responses to motions for summary judgment must be filed and served within 21 days). Plaintiff did not respond to Defendants' motion for summary judgment. On November 26, 2018, Defendants filed a motion to deem facts asserted in their motion for summary judgment as admitted, due to Plaintiff's failure to respond. Doc. 24. Plaintiff's response to that motion was due on December 10, 2018, but, again, Plaintiff failed to file a response. *See* D. Kan. R. 6.1(d)(1) (stating that responses to non-dispositive motions must be filed and served within 14 days).

District of Kansas Rule 7.4(b) provides that, absent a showing of excusable neglect, a party or attorney who does not timely respond to a motion waives the right to later do so. *Id.* at 7.4(b).

---

[1] Defendant Mark Ortega is not a party to the motion for summary judgment (Doc. 20) or the subsequent motion to deem facts admitted (Doc. 24).

Accordingly, where a party fails to respond, the court will consider and decide the motion as uncontested and will ordinarily grant the motion without further notice. *Id.*

Recognizing Plaintiff's pro se status, and given the Court's desire to resolve this matter on the merits, Plaintiff is therefore directed to do the following three things on or before <u>January 16, 2019</u>:

(1) Explain, in writing, why he failed to timely respond to Defendants' motion for summary judgment (Doc. 20) and motion to deem facts admitted (Doc. 24);

(2) File his response to Defendants' motion for summary judgment (Doc. 20); and

(3) File his response to Defendants' motion to deem facts admitted (Doc. 24).

If Plaintiff fails to respond to this order, or to file a response to the motion for summary judgment and the motion to deem facts admitted as directed, the Court will consider Defendants' motion for summary judgment and motion to deem facts admitted as uncontested pursuant to District of Kansas Rule 7.4(b).

IT IS SO ORDERED.

Dated: December 17, 2018          /s/  *Holly L. Teeter*
                                  HOLLY L. TEETER
                                  UNITED STATES DISTRICT JUDGE