IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DEVORIS ANTOINE NEWSON,**

    **Plaintiff,**

    **v.**

**TONY WOLF, et al.**

    **Defendants.**

Case No. 5:18-CV-04042-HLT

## ORDER TO SHOW CAUSE

Defendants, except for Mark Ortega, moved for summary judgment and moved to deem facts admitted. Docs. 20 and 24. Mr. Newson did not timely respond to either motion, so the Court entered a show cause order in December 2018 requiring him to show cause in writing why the motions should not be granted. Doc. 25. This order was returned as non-deliverable. Doc. 26. Mr. Newson did not respond to the show cause order and has taken no action in this case since July 2018. On April 11, 2019, the Court granted the motion for summary judgment and the motion to deem facts admitted.

The Court now order Mr. Newson: (1) to show cause in writing on or before April 26, 2019, why this case should not be dismissed for failure to respond to the Court's December 2018 show cause order, and (2) to show cause in writing on or before April 26, 2019, why this case should not be dismissed for failure to prosecute. The Court cautions Mr. Newson that failure to fully respond to this order <u>will likely result in dismissal</u> of his claims against Mr. Ortega.

    IT IS SO ORDERED.

DATED: April 11, 2019

/s/ *Holly L. Teeter*
HOLLY L. TEETER
UNITED STATES DISTRICT JUDGE